**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6990**

─────────────

DAVID HOWARD HUSSEY,

Plaintiff - Appellant,

versus

DEEP MEADOW CORRECTIONAL CENTER, Dentist Of-
fice; LIEUTENANT BROOKS; CORRECTIONAL OFFICER
GEE,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Jerome B. Friedman, District Judge.
(CA-99-1118-2)

─────────────

Submitted: November 4, 1999          Decided: November 10, 1999

─────────────

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

David Howard Hussey, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Howard Hussey appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint without prejudice for failure to exhaust administrative remedies. The district court properly required exhaustion of administrative remedies under 42 U.S.C.A. § 1997e(a) (West Supp. 1999). Because Appellant did not demonstrate to the district court that he had exhausted administrative remedies or that such remedies were not available, the court's dismissal of the action, without prejudice, was not an abuse of discretion. Further, although Hussey asserts that he filed a grievance while this appeal was pending, there is no evidence to suggest that he appealed the denial of that grievance to the regional administrator. Because Hussey has not exhausted his administrative remedies, we therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED